**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7644**

LARRY W. SCOTT, JR.,

        Plaintiff - Appellant,

    v.

MAJOR JONES; LIEUTENANT CLAWSON; LIEUTENANT MURANT, or
Marant; OFFICER GREENE; OFFICER ANDERSON; OFFICER HOPKINS,
or Hodges; OFFICER JEFFCOAT; JOHN AND JANE DOES; DR. CHERI,

        Defendants – Appellees,

    and

OFFICER HODGES,

        Defendant.

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg.  David C. Norton, District Judge.
(5:13-cv-02870-DCN)

Submitted:  April 16, 2015        Decided:  April 20, 2015

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Larry W. Scott, Jr., Appellant Pro Se.  Justin Tyler Bagwell,
William Henry Davidson, II, DAVIDSON & LINDEMANN, PA, Columbia,
South Carolina; James E. Parham, Jr., Irmo, South Carolina, for

Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry W. Scott, Jr., seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Scott v. Jones, No. 5:13-cv-02870-DCN (D.S.C. Sept. 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

3